John D. Fiero (admitted *pro hac vice*)
Jason H. Rosell (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Tel: (415) 263-7000
E-mail: jfiero@pszjlaw.com
       jrosell@pszjlaw.com

Matthew C. Zirzow (NV Bar No. 7222)
Zachariah Larson (NV Bar No. 7787)
LARSON & ZIRZOW LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101
Tel: (702) 382-1170
Email: mzirzow@lzlawnv.com
       zlarson@lzlawnv.com

*Counsel to the Official
Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MUSCLEPHARM CORPORATION,<br><br>          Debtor. | Case No. 22-14422-nmc<br><br>Chapter 11 |
| WHITE WINSTON SELECT ASSET FUNDS, LLC<br><br>          Plaintiff,<br><br>v.<br><br>EMPERY TAX EFFICIENT LP, EMPERY TAX EFFICIENT III, EMPERY DEBT OPPORTUNITY FUND, LP, EMPERY MASTER ONSHORE, LLC, IONIC VENTURES, LLC, INTRACOASTAL CAPITAL LLC, BIGGER CAPITAL FUND, LP, DISTRICT 2 CAPITAL FUND LP, L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND, ALTIUM GROWTH FUND, LP, CVI INVESTMENT INC., ROTH CAPITAL PARTNERS, LLC, and WALLEYE OPPORTUNITY MASTER FUND LTD.<br><br>          Defendants. | Adversary Case No. 23-01014-nmc<br><br>**DECLARATION OF JASON H. ROSELL IN SUPPORT OF *EX PARTE* MOTION FOR ORDER SHORTENING TIME TO HEAR THE *EMERGENCY* MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO INTERVENE IN ADVERSARY PROCEEDING** |

I, Jason H. Rosell, declare as follows:

1.     I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, and if called upon to testify, could and would do so. I am an attorney with the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to the Official Committee of Unsecured Creditors

1. appointed in the chapter 11 case of MusclePharm Corporation. I am duly licensed to practice law in the State of California and the State of New York. On January 7, 2023, this Court entered an order [Bankr. Docket No. 119] approving my *Verified Petition* to practice in this chapter 11 case.

2. I make this declaration in support of the *Ex Parte Motion for Order Shortening Time to Hear the Emergency Motion of the Official Committee of Unsecured Creditors to Intervene in Adversary Proceeding* (the "Motion to Shorten"), filed contemporaneously herewith.

3. The factual statements contained in the Motion to Shorten are true and accurate and incorporated herein by reference. For the reasons stated in the Motion to Shorten, I believe sufficient cause exists for an order shortening time for this Court to set an emergency hearing to resolve the Motion to Intervene.

4. Thus, the Committee requests an emergency hearing on the Motion to Intervene by **no later than March 31, 2023, or sooner if at all possible**.

5. On March 27, 2023, I asked the Debtor, White Winston, and Empery, via email, to consent to the relief requested in the Motion to Shorten. The Debtor and White Winston responded via email with their consent. However, Empery responded that it does not consent to a hearing on less than six (6) business days' notice.

6. I previously requested via email on March 23, 2023 that Empery consent to the Committee's intervention in the Adversary Proceeding.

7. I anticipate that the hearing on the Motion to Intervene will take less than thirty (30) minutes.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: March 28, 2023

                                                */s/ Jason H. Rosell*
                                                Jason H. Rosell

DOCS_SF:108676.1