| | |
|---|---|
| John D. Fiero (*admitted pro hac vice*) | Matthew C. Zirzow (NV Bar No. 7222) |
| Jason H. Rosell (*admitted pro hac vice*) | Zachariah Larson (NV Bar No. 7787) |
| PACHULSKI STANG ZIEHL & JONES LLP | LARSON & ZIRZOW LLC |
| One Sansome Street, 34th Floor, Suite 3430 | 850 E. Bonneville Ave. |
| San Francisco, CA  94104 | Las Vegas, NV 89101 |
| Tel: (415) 263-7000 | Tel:  (702) 382-1170 |
| E-mail:  jfiero@pszjlaw.com | Email:   mzirzow@lzlawnv.com |
|           jrosell@pszjlaw.com |              zlarson@lzlawnv.com |

Counsel to the Official
Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 22-14422-nmc |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | |
| WHITE WINSTON SELECT ASSET FUNDS, LLC | Adversary Case No. 23-01014-nmc |
| Plaintiff, | **ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME TO HEAR EMERGENCY *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME TO HEAR THE OFFICIAL COMMITTEE OF UNSECURED CREDITOR'S MOTION TO INTERVENE** |
| v. | |
| EMPERY TAX EFFICIENT LP, EMPERY TAX EFFICIENT III, EMPERY DEBT OPPORTUNITY FUND, LP, EMPERY MASTER ONSHORE, LLC, IONIC VENTURES, LLC, INTRACOASTAL CAPITAL LLC, BIGGER CAPITAL FUND, LP, DISTRICT 2 CAPITAL FUND LP, L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND, ALTIUM GROWTH FUND, LP, CVI INVESTMENT INC., ROTH CAPITAL PARTNERS, LLC, and WALLEYE OPPORTUNITY MASTER FUND LTD. | |
| Defendants. | |

. . .

. . .

. . .

Pursuant to Local Rule 9006, I have contacted the principal parties listed below regarding the proposed Order Shortening Time to hear the Motion[1] filed by the Committee, and their positions on an order shortening time to hear these matters are as follows:

| Name | Date Contacted | Agree | Disagree |
|---|---|---|---|
| Jeffrey D. Sternklar, Esq.<br>For White Winston Select Asset Funds LLC | 3/27/2023 | X | |
| William M. Noall, Esq.<br>For Empery Tax Efficient LP | 3/27/2023 | X[2] | |
| Samuel A. Schwartz, Esq.<br>For Debtor MusclePharm Corporation | 3/27/2023 | X | |

Dated: March 28, 2023.

/s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
Matthew C. Zirzow (NV Bar No. 7222)
850 E. Bonneville Ave.
Las Vegas, NV 89101
Tel: (702) 382-1170
Email: mzirzow@lzlawnv.com

-and

PACHULSKI STANG ZIEHL & JONES LLP
John D. Fiero (*admitted pro hac vice*)
Jason H. Rosell (*admitted pro hac vice*)
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Tel: (415) 263-7000
E-mail: jfiero@pszjlaw.com
          jrosell@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

---

[1] All capitalized undefined terms shall have the meaning as set forth in the Motion to Intervene.
[2] Counsel for Empery Tax Efficient LP does not object to the request for order shortening time, so long as Empery has six (6) business days to file its opposition.

2