John D. Fiero (*pro hac vice pending*)
Jason H. Rosell (*pro hac vice pending*)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Tel: (415) 263-7000
E-mail: jfiero@pszjlaw.com
   jrosell@pszjlaw.com

Matthew C. Zirzow (NV Bar No. 7222)
Zachariah Larson (NV Bar No. 7787)
LARSON & ZIRZOW LLC
850 W. Bonneville Ave.
Las Vegas, NV 89101
Tel: (702) 382-1170
Email: mzirzow@lzlawnv.com
   zlarson@lzlawnv.com

[Proposed] Counsel to the Official
Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MUSCLEPHARM CORPORATION,<br><br>     Debtor. | Case No. 22-14422-nmc<br>Chapter 11 |
| WHITE WINSTON SELECT ASSET FUNDS, LLC<br><br>     Plaintiff,<br>v.<br><br>EMPERY TAX EFFICIENT LP, EMPERY TAX EFFICIENT III, EMPERY DEBT OPPORTUNITY FUND, LP, EMPERY MASTER ONSHORE, LLC, IONIC VENTURES, LLC, INTRACOASTAL CAPITAL LLC, BIGGER CAPITAL FUND, LP, DISTRICT 2 CAPITAL FUND LP, L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND, ALTIUM GROWTH FUND, LP, CVI INVESTMENT INC., ROTH CAPITAL PARTNERS, LLC, and WALLEYE OPPORTUNITY MASTER FUND LTD.<br><br>     Defendants. | Adversary Case No. 23-01014-nmc<br><br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

  **PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP and Larson & Zirzow, LLC, counsel ("Counsel") to the Official Committee of Unsecured Creditors of MusclePharm Corporation (the "Committee"), hereby enters their appearances pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests to be added to the official mailing

matrix and service list in the above-captioned adversary proceeding. Counsel requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this adversary proceeding be given and served upon the Committee through service upon Counsel, at the addresses, telephone numbers and email addresses set forth below:

John D. Fiero, Esq.
Jason H. Rosell, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA  94104
Tel:  (415) 263-7000
E-mail:  jfiero@pszjlaw.com
jrosell@pszjlaw.com

-and

Matthew C. Zirzow, Esq.
Zachariah Larson, Esq.
LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101
Tel:  (702) 382-1170
Email:  mzirzow@lzlawnv.com
zlarson@lzlawnv.com

Dated:  March 28, 2023

/s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
Matthew C. Zirzow (NV Bar No. 7222)
Zachariah Larson (NV Bar No. 7787)
850 E. Bonneville Ave.
Las Vegas, NV 89101
Tel:  (702) 382-1170
Email:  mzirzow@lzlawnv.com
zlarson@lzlawnv.com

-and

PACHULSKI STANG ZIEHL & JONES LLP
John D. Fiero (*admitted pro hac vice*)
Jason H. Rosell (*admitted pro hac vice*)
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA  94104
Tel: (415) 263-7000
E-mail:  jfiero@pszjlaw.com
jrosell@pszjlaw.com

Counsel to the Official Committee
of Unsecured Creditors