_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
March 28, 2023

---

John D. Fiero (*admitted pro hac vice*)
Jason H. Rosell (*admitted pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA  94104
Tel: (415) 263-7000
E-mail:  jfiero@pszjlaw.com
           jrosell@pszjlaw.com

Matthew C. Zirzow (NV Bar No. 7222)
Zachariah Larson (NV Bar No. 7787)
LARSON & ZIRZOW LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101
Tel:  (702) 382-1170
Email:  mzirzow@lzlawnv.com
          zlarson@lzlawnv.com

Counsel to the Official
Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MUSCLEPHARM CORPORATION,<br><br>  Debtor. | Case No. 22-14422-nmc<br>Chapter 11 |
| WHITE WINSTON SELECT ASSET FUNDS, LLC<br><br>  Plaintiff,<br>v.<br><br>EMPERY TAX EFFICIENT LP, et. al.<br><br>  Defendants. | Adversary Case No. 23-01014-nmc<br><br>**NOTICE OF REMOTE HEARING AND ORDER SHORTENING TIME TO HEAR THE EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO INTERVENE IN ADVERSARY PROCEEDING**<br><br>Date:   March 31, 2023<br>Time:   9:30 A.M. |

This Court having considered the *Ex Parte Motion for Order Shortening Time to Hear the Emergency Motion of the Official Committee of Unsecured Creditors to Intervene in Adversary Proceeding* (the "Ex Parte Motion") filed by the Official Committee of Unsecured Creditors (the "Committee"), who requests a hearing on shortened time to hear its emergency motion to intervene (the "Motion"):

IT IS HEREBY ORDERED that the Committee's Ex Parte Motion is GRANTED;

IT IS FURTHER ORDERED that Committee's Motion shall be heard on shortened time on March 31, 2023 at 9:30 a.m.;

NOTICE IS FURTHER GIVEN that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing **(669) 254-5252, Meeting ID 161 166 2815, and entering Passcode 115788#;** and

IT IS FURTHER ORDERED that any objections or oppositions to the Motion shall be filed no later than 9:30 A.M. (P.D.T.) March 30, 2023, and any replies shall be filed no later than 5:00 P.M (P.D.T.) March 30, 2023; and this Order Shortening Time shall be served immediately upon entry of the Order Shortening Time.

**IT IS SO ORDERED.**

Dated: March 28, 2023.

/s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
Matthew C. Zirzow (NV Bar No. 7222)
850 E. Bonneville Ave.
Las Vegas, NV 89101
Tel: (702) 382-1170

-and

PACHULSKI STANG ZIEHL & JONES LLP
John D. Fiero (*admitted pro hac vice*)
Jason H. Rosell (*admitted pro hac vice*)
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Tel: (415) 263-7000

Counsel to the Official Committee of Unsecured Creditors

# # #