| | |
|---|---|
| John D. Fiero (admitted *pro hac vice*) | Matthew C. Zirzow (NV Bar No. 7222) |
| Jason H. Rosell (admitted *pro hac vice*) | Zachariah Larson (NV Bar No. 7787) |
| PACHULSKI STANG ZIEHL & JONES LLP | LARSON & ZIRZOW LLC |
| One Sansome Street, 34th Floor, Suite 3430 | 850 E. Bonneville Ave. |
| San Francisco, CA 94104 | Las Vegas, NV 89101 |
| Tel: (415) 263-7000 | Tel: (702) 382-1170 |
| E-mail: jfiero@pszjlaw.com | Email: mzirzow@lzlawnv.com |
| jrosell@pszjlaw.com | zlarson@lzlawnv.com |

Counsel to the Official
Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 22-14422-nmc |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | |
| WHITE WINSTON SELECT ASSET FUNDS, LLC | Adversary Case No. 23-01014-nmc |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| EMPERY TAX EFFICIENT LP, EMPERY TAX EFFICIENT III, EMPERY DEBT OPPORTUNITY FUND, LP, EMPERY MASTER ONSHORE, LLC, IONIC VENTURES, LLC, INTRACOASTAL CAPITAL LLC, BIGGER CAPITAL FUND, LP, DISTRICT 2 CAPITAL FUND LP, L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND, ALTIUM GROWTH FUND, LP, CVI INVESTMENT INC., ROTH CAPITAL PARTNERS, LLC, and WALLEYE OPPORTUNITY MASTER FUND LTD. | Date: March 31, 2023<br>Time: 9:30 a.m. |
| Defendants. | |

1. On the 28th day of March 2023, I served the following documents:

    a.    Emergency Motion of the Official Committee of Unsecured Creditors to Intervene in Adversary Proceeding     ECF No. 19

|   |   |   |
|---|---|---|
| b. | *Ex Parte* Motion for Order Shortening Time to Hear the Emergency Motion of the Official Committee of Unsecured Creditors to Intervene in Adversary Proceeding | ECF No. 20 |
| c. | Declaration of Jason H. Rosell in Support of *Ex Parte* Motion for Order Shortening Time to Hearing Emergency Motin of the Official Committee of Unsecured Creditors to Intervene in Adversary Proceeding | ECF No. 21 |
| d. | Attorney Information Sheet for Proposed Order Shortening Time to Hear Emergency Motin of the Official Committee of Unsecured Creditors to Intervene in Adversary Proceeding | ECF No. 22 |
| e. | Notice of Remote Hearing and Order Shortening Time to Hear the Emergency Motion of the Official Committee of Unsecured Creditors to Intervene in Adversary Proceeding | ECF No. 24 |

2. The above-named documents were served by the following means to the persons as listed below:

☒ **a.** **ECF System**:

BART K. LARSEN on behalf of Plaintiff WHITE WINSTON SELECT ASSET FUNDS, LLC  BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

☐ **b.** **United States mail**, postage fully prepaid:

☐ **c.** **Personal Service**:

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

3. On the 29th day of March 2023, I served the above referenced documents by the following means to the parties below:

☒ **a.** **By direct email (as opposed to through the ECF System)**:

. . .

      Based upon the written agreement of the parties to accept service by email or a court order, I caused the documents to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Samuel Schwartz, Esq. | saschwartz@nvfirm.com |
| Gabrielle Hamm, Esq. | ghamm@nvfirm.com |
| Anthanasios Agelakopoulos, Esq. | aagelakopoulos@nvfirm.com |
| Jeffrey Sternklar, Esq. | jeffrey@sternklarlaw.com |
| William Noall, Esq. | wnoall@gtg.legal |

☐    **b.**    **By fax transmission**:

      Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    **c.**    **By messenger**:

      I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 29, 2023.

| | |
|---|---|
| Trish Huelsman | /s/ *Trish Huelsman* |
| (Name of Declarant) | (Signature of Declarant) |

3