NVB 5075 (Rev. 3/22)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>MUSCLEPHARM CORPORATION ,<br>                              Debtor(s) | BK−22−14422−nmc<br>CHAPTER 11<br><br>Adversary Proceeding: 23−01014−nmc |
| WHITE WINSTON SELECT ASSET FUNDS, LLC, et al,<br>                              Plaintiff(s)<br><br>vs<br><br>EMPERY TAX EFFICIENT, LP, et al,<br>                              Defendant(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **26** – Notice OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE Filed by SAMUEL A. SCHWARTZ on behalf of MUSCLEPHARM CORPORATION (SCHWARTZ, SAMUEL) |
| Filed On: | 3/30/23 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please Refer to the Local Rules and file an amended pleading or file in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Adversarial Parties
    * The Case Caption does not match the docket sheet. The case caption must include all parties including terminated parties.

Dated: 3/31/23

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**