Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Athanasios E. Agelakopoulos, Esq.
Nevada Bar. No. 14339
aagelakopoulos@nvfirm.com
Gabrielle A. Hamm, Esq.
Nevada Bar. No. 11588
ghamm@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for MusclePharm Corporation*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | |
| | |
| WHITE WINSTON SELECT ASSET FUNDS, LLC, | Adversary Proceeding No.: 23-01014-NMC |
| Plaintiff, | |
| v. | |
| EMPERY TAX EFFICIENT, LP, EMPERY TAX EFFICIENT III, EMPERY DEBT OPPORTUNITY FUND, LP, EMPERY MASTER ONSHORE, LLC, IONIC VENTURES, LLC, INTRACOASTAL CAPITAL LLC, BIGGER CAPITAL FUND, LP, DISTRICT 2 CAPITAL FUND, LP, L1 CAPITAL GLOBAL OPPORTUNITIES MAASTER FUND, ALTIUM GROWTH FUND, LP, CVI INVESTMENT, INC., ROTH CAPITAL PARTNERS, LLC, and WALLEYE OPPORTUNITY MASTER FUND LTD., | |
| Defendants. | |

/ / /

1

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE U.S. TRUSTEE, AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that, SAMUEL A. SCHWARTZ, ESQ., ATHANASIOS E. AGELAKOPOULOS, ESQ., and GABRIELLE A. HAMM, ESQ., of the law firm of SCHWARTZ LAW, PLLC, hereby enter their appearances on the record in the above-captioned adversary proceeding as counsel for **MUSCLEPHARM CORPORATION**, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure.

Undersigned counsel further request notice of all hearings, actions, contested matters, and proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related papers and materials that are issued or filed in connection with these proceedings by the Court or other parties in interest.

All notices and copies in response to the foregoing should be directed to:

Samuel A. Schwartz, Esq.
Athanasios E. Agelakopoulos, Esq.
Gabrielle A. Hamm, Esq.
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
E-Mails: saschwartz@nvfirm.com
            aagelakopoulos@nvfirm.com
            ghamm@nvfirm.com
            ecf@nvfirm.com
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The foregoing is not to be deemed or construed as a waiver of any rights: (i) to seek withdrawal of the reference in the above-captioned case or any case, proceeding, or matter related thereto; (ii) to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge; (iii) to seek a jury trial with respect to any proceeding or matter triable to a jury in the above-captioned case or in any other case, proceeding, or matter related thereto; or (iv) any other rights, claims, actions, defenses, setoffs, recoupments, or other matters which may be applicable, either in law or in equity, all of which are expressly reserved and preserved without exception.

Dated: March 31, 2023.

By: */s/ Samuel A. Schwartz*
    Samuel A. Schwartz, Esq.
    Nevada Bar No. 10985
    Athanasios E. Agelakopoulos, Esq.
    Nevada Bar. No. 14339
    Gabrielle A. Hamm, Esq.
    Nevada Bar. No. 11588
    SCHWARTZ LAW, PLLC
    601 East Bridger Avenue
    Las Vegas, Nevada 89101

*Attorneys for MusclePharm Corporation*