_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
April 04, 2023

John D. Fiero (admitted *pro hac vice*)
Jason H. Rosell (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Tel: (415) 263-7000
E-mail: jfiero@pszjlaw.com
  jrosell@pszjlaw.com

*Counsel to the Official
Committee of Unsecured Creditors*

Matthew C. Zirzow (NV Bar No. 7222)
Zachariah Larson (NV Bar No. 7787)
LARSON & ZIRZOW LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101
Tel: (702) 382-1170
Email: mzirzow@lzlawnv.com
  zlarson@lzlawnv.com

*Counsel to the Official
Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MUSCLEPHARM CORPORATION,<br><br>Debtor. | Case No. 22-14422-NMC<br><br>Chapter 11 |
| WHITE WINSTON SELECT ASSET FUNDS, LLC<br><br>Plaintiff<br><br>v.<br><br>EMPERY TAX EFFICIENT LP, et al.<br><br>Defendants. | Adv. P. No. 23-01014-NMC<br><br><br><br>Date: March 31, 2023<br>Time: 9:30 a.m. |

**ORDER GRANTING *EMERGENCY* MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO INTERVENE IN ADVERSARY PROCEEDING**

DOCS_SF:108698.1

Upon the *Emergency Motion of the Official Committee of Unsecured Creditors to Intervene in Adversary Proceeding*, filed by the Official Committee of Unsecured Creditors (the "Committee") of MusclePharm Corporation (the "Debtor"), and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Committee is hereby allowed to intervene in the above-captioned adversary proceeding and shall be entitled to raise and may appear and be heard on any issue, conduct discovery, and file pleadings in connection therewith.

3. The Committee shall be treated as a "Plaintiff" as if originally designated as such in the Complaint, and shall have all rights and obligations as a plaintiff in this Adversary Proceeding. For the avoidance of doubt, the Committee shall have the right to, among other things:

   (i) raise issues and be heard in the Adversary Proceeding;

   (ii) participate generally as a plaintiff in the Adversary Proceeding, including participation in settlement discussions among the parties to the Adversary Proceeding;

   (iii) be consulted with by White Winston; *provided, however*, that if the Committee does not agree to any relief sought by White Winston in the Adversary Proceeding, it retains the right to object to such relief before the Bankruptcy Court;

   (iv) receive discovery requests and responses and to examine witnesses at depositions or at Bankruptcy Court proceedings;

   (v) receive all notices in the Adversary Proceeding;

   (vi) file its own papers (except such papers as set forth in paragraph 4 below) in the Adversary Proceeding;

   (vii) argue and respond to arguments before the Bankruptcy Court; and

   (viii) raise matters of concern by motion.

4. The Committee is not required to file a complaint or amended complaint in the Adversary Proceeding.

5. This Bankruptcy Court retains jurisdiction to resolve any disputes arising under or related to this Order, and to interpret, implement, and enforce the provisions of this Order.

DOCS_SF:108698.1

PREPARED AND SUBMITTED BY:

LARSON & ZIRZOW LLC

/s/ *Matthew C. Zirzow*
Matthew C. Zirzow (NV Bar No. 7222)
Zachariah Larson (NV Bar No. 7787)
850 E. Bonneville Ave.
Las Vegas, NV 89101
Tel: (702) 382-1170
Email: mzirzow@lzlawnv.com
           zlarson@lzlawnv.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
John D. Fiero (admitted *pro hac vice*)
Jason H. Rosell (admitted *pro hac vice*)
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Tel: (415) 263-7000
E-mail: jfiero@pszjlaw.com
            jrosell@pszjlaw.com

*Counsel to the Official*
*Committee of Unsecured Creditors*

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

**X**   The court has waived the requirement of approval under LR 9021(b)(1).

☐   No party appeared at the hearing or filed an objection to the motion.

☐   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐   I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

3

DOCS_SF:108698.1