NVB 5075 (Rev. 3/22)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: <br><br> MUSCLEPHARM CORPORATION , <br> Debtor(s) | BK−22−14422−nmc <br> CHAPTER 11 <br><br> Adversary Proceeding: 23−01014−nmc |
| WHITE WINSTON SELECT ASSET FUNDS, LLC, et al, <br> Plaintiff(s) <br><br> vs <br><br> EMPERY TAX EFFICIENT, LP, et al, <br> Defendant(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

Docket Number/Entry: **30** − Stipulation By ALTIUM GROWTH FUND, LP, BIGGER CAPITAL FUND, LP, CVI INVESTMENT, INC., DISTRICT 2 CAPITAL FUND, LP, EMPERY DEBT OPPORTUNITY FUND, LP, EMPERY MASTER ONSHORE, LLC, EMPERY TAX EFFICIENT III, EMPERY TAX EFFICIENT, LP, INTRACOASTAL CAPITAL LLC, IONIC VENTURES, LLC, L1 CAPITAL GLOBAL OPPORTUNITIES MAASTER FUND, ROTH CAPITAL PARTNERS, LLC, WALLEYE OPPORTUNITY MASTER FUND LTD. and Between White Winston Select Asset Funds, LLC, Official Committee of Unsecured Creditors to Extend Deadline to File Amended Intervenor Complaint and Respond to Complaints Filed by WILLIAM M. NOALL on behalf of ALTIUM GROWTH FUND, LP, BIGGER CAPITAL FUND, LP, CVI INVESTMENT, INC., DISTRICT 2 CAPITAL FUND, LP, EMPERY DEBT OPPORTUNITY FUND, LP, EMPERY MASTER ONSHORE, LLC, EMPERY TAX EFFICIENT III, EMPERY TAX EFFICIENT, LP, INTRACOASTAL CAPITAL LLC, IONIC VENTURES, LLC, L1 CAPITAL GLOBAL OPPORTUNITIES MAASTER FUND, ROTH CAPITAL PARTNERS, LLC, WALLEYE OPPORTUNITY MASTER FUND LTD. (NOALL, WILLIAM)

Filed On: 4/10/23
With A Hearing Date Of: N/A
And A Hearing Time Of: N/A

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please Refer to the Local Rules and file an amended pleading or file in the correct case immediately. The following caption item(s) are incorrect/missing:
  * Adversarial Parties
* typo in L1 CAPITAL GLOBAL OPPORTUNITIES MAASTER FUND

Dated: 4/11/23

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at <u>https://www.nvb.uscourts.gov</u>**