GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6665
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
TERESA M. PILATOWICZ
Nevada Bar No 9605
E-mail: tpilatowicz@gtg.legal
DYLAN T. CICILIANO
Nevada Bar No. 12348
E-mail: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Defendants*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MUSCLEPHARM CORPORATION,<br><br>       Debtor. | Case No.: 22-14422-NMC<br><br>Chapter 11 |
| WHITE WINSTON SELECT ASSET FUNDS, LLC,<br><br>       Plaintiff,<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>       Intervenor Plaintiff,<br>v.<br><br>EMPERY TAX EFFICIENT LP, EMPERY TAX EFFICIENT III, EMPERY DEBT OPPORTUNITY FUND, LP, EMPERY MASTER ONSHORE, LLC, IONIC VENTURES, LLC, INTRACOASTAL CAPITAL LLC, BIGGER CAPITAL FUND, LP, DISTRICT 2 CAPITAL FUND LP, L1 CAPITAL GLOBAL OPPORTUNITIES MAASTER FUND, ALTIUM GROWTH FUND, LP, CVI INVESTMENT INC., ROTH CAPITAL PARTNERS, LLC, and WALLEYE OPPORTUNITY MASTER FUND LTD. | Adv. P. No. 23-01014-NMC |

Defendants.

**STIPULATION TO EXTEND DEADLINE TO FILE AMENDED INTERVENOR COMPLAINT AND RESPOND TO COMPLAINTS**

Defendants Empery Tax Efficient LP, Empery Tax Efficient III, Empery Debt Opportunity Fund, LP, Empery Master Onshore, LLC, Ionic Ventures, LLC, Intracoastal Capital LLC, Bigger Capital Fund, LP, District 2 Capital Fund LP, L1Capital Global Opportunities Master Fund, Altium Growth Fund, LP, CVI Investment Inc., Roth Capital Partners, LLC, and Walleye Opportunity Master Fund Ltd (together, the "Empery Parties"),[1] White Winston Select Asset Funds, LLC ("White Winston"), and the Official Committee of Unsecured Creditors (the "Committee" and, together with the Empery Parties and White Winston the "Parties"), by and through their respective undersigned counsel, hereby stipulate as follows:

1. On December 15, 2022, MusclePharm Corporation (the "Debtor") filed its voluntary petition for relief under Chapter 11, thereby commencing the above-captioned Chapter 11 case (the "Chapter 11 Case"). See Case No. 22-14422-NMC, ECF No. 1.

2. On March 8, 2023, the Bankruptcy Court entered the *Final Order Regarding Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and Fed. R. Bankr. P. 4001(B) and 4001(D): (I) Authorizing the Debtor to Obtain Post-Petition Financing; (II) Granting Priming Liens and Administrative Expense Claims; (III) Determining Adequate Protection; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief [Bankr. Docket No. 296]* (the "Final DIP Order") in the Chapter 11 Case. Id., at ECF No. 296.

3. Paragraph 4 of the Final DIP Order provides as follows:

> **Approval of the Challenge Periods**. The Committee shall have until April 10, 2023 (such period, the "Committee Challenge Period") to investigate and challenge and otherwise object to the allowance of the Allowed Claim (defined below). The Releases (included in this Final Order and which are included in the Loan Documents) are not a defense to a claim objection brought by the Committee during the Committee Challenge Period. White Winston shall have until March 9, 2023

---

[1] The Empery Parties specially appear for the sole purpose of entering into this stipulation, but do not waive any defenses or other challenges to the Complaint and/or Amended Complaint.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

(such period, "White Winston Challenge Period," and together with the Committee Challenge Period, the "Challenge Periods") to investigate, challenge and otherwise object to the allowance of the Allowed Claim (other than challenges and objections based upon the Debtor's or the Estate's claims). . .

4. On March 9, 2023, White Winston filed a complaint (the "Complaint") thereby commencing the above-captioned adversary proceeding. See ECF No. 1.

5. The Empery Parties' response to the White Winston Complaint is due on or before April 10, 2023 (the "Response Deadline").

6. On April 4, 2023, this Court entered an *Order Granting Emergency Motion of the Official Committee of Unsecured Creditors to Intervene in Adversary Proceeding* [ECF No. 29];

7. The Committee has advised of an intent to file an amended intervenor complaint (the "Amended Complaint") within the Committee Challenge Period, which is April 10, 2023.

8. The Parties have met and conferred and agreed to extend the deadline for the filing of the Amended Complaint up to and including April 24, 2023, and that the filing of such Amended Complaint shall be deemed to have been filed within the Committee Challenge Period if it is filed on or before April 24 2023.

9. The Parties have met and conferred and also agreed to extend the Response Deadline for the Empery Parties to file an answer or otherwise respond to the Complaint and/or the Amended Complaint, as applicable, to 30 days after the filing of the Amended Complaint.

**IT IS SO STIPULATED**.

Dated this 10th day April, 2023.

| LARSON & ZIRZOW LLC | SHEA LARSEN |
|---|---|
| */s/ Jason H. Rosell* | */s/ Jeffrey D. Sternklar* |
| Matthew C. Zirzow | James Patrick Shea |
| Zachariah Larson | Bart K. Larsen |
| 850 E. Bonneville Ave. | Kyle M. Wyant |
| Las Vegas, NV 89101 | 1731 Village Center Circle, Suite 150 |
| | Las Vegas, Nevada 89134 |
| -and- | |
| | -and- |
| PACHULSKI STANG ZIEHL & JONES LLP | |
| John D. Fiero | JEFFREY D. STERNKLAR LLC |
| Jason H. Rosell | Jeffrey D. Sternklar, Esq. |
| One Sansome Street, 34th Floor, Suite 3430 | 101 Federal Street, Suite 1900 |

| | | |
|---|---|---|
| 1 | San Francisco, CA 94104 | Boston, Massachusetts 02110 |
| 2 | *Counsel to the Official Committee of Unsecured Creditors* | -and- |
| 3 | GARMAN TURNER GORDON LLP | MURPHY & KING, P.C.<br>Charles R. Bennett, Jr. |
| 4 | | Harold B. Murphy<br>28 State Street, Suite 3101 |
| 5 | /s/ William M. Noall | Boston, Massachusetts 02109 |
| 6 | Gregory E. Garman<br>William M. Noall | *Attorneys for Plaintiff White Winston Select Asset Funds, LLC* |
| 7 | Teresa M. Pilatowicz<br>Dylan T. Ciciliano | |
| 8 | 7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119 | |
| 9 | *Attorneys for the Empery Parties* | |

**Garman Turner Gordon**
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000