

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
April 13, 2023

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6665
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
TERESA M. PILATOWICZ
Nevada Bar No 9605
E-mail: tpilatowicz@gtg.legal
DYLAN T. CICILIANO
Nevada Bar No. 12348
E-mail: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
|     Debtor. | |
| | Adv. P. No. 23-01014-NMC |
| WHITE WINSTON SELECT ASSET FUNDS, LLC, | |
|     Plaintiff, | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | |
|     Intervenor Plaintiff, | |
| v. | |
| EMPERY TAX EFFICIENT LP, EMPERY TAX EFFICIENT III, EMPERY DEBT | |

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

OPPORTUNITY FUND, LP, EMPERY MASTER ONSHORE, LLC, IONIC VENTURES, LLC, INTRACOASTAL CAPITAL LLC, BIGGER CAPITAL FUND, LP, DISTRICT 2 CAPITAL FUND LP, L1 CAPITAL GLOBAL OPPORTUNITIES MAASTER FUND, ALTIUM GROWTH FUND, LP, CVI INVESTMENT INC., ROTH CAPITAL PARTNERS, LLC, and WALLEYE OPPORTUNITY MASTER FUND LTD.

Defendants.

**ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE AMENDED INTERVENOR COMPLAINT AND RESPOND TO COMPLAINTS**

The Court, having considered the *Stipulation to Extend Deadline to File Amended Intervenor Complaint and Respond to Complaints* (the "Stipulation")[1] filed by Defendants Empery Tax Efficient LP, Empery Tax Efficient III, Empery Debt Opportunity Fund, LP, Empery Master Onshore, LLC, Ionic Ventures, LLC, Intracoastal Capital LLC, Bigger Capital Fund, LP, District 2 Capital Fund LP, L1Capital Global Opportunities Master Fund, Altium Growth Fund, LP, CVI Investment Inc., Roth Capital Partners, LLC, and Walleye Opportunity Master Fund Ltd (together, the "Empery Parties"), White Winston Select Asset Funds, LLC ("White Winston"), and the Official Committee of Unsecured Creditors (the "Committee" and, together with the Empery Parties and White Winston the "Parties"), by and through their respective undersigned counsel, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Stipulation is approved;

**IT IS FURTHER ORDERED** that the deadline for the filing of the Amended Complaint is extended up to and including April 24, 2023, and that the filing of such Amended Complaint shall be deemed to have been filed within the Committee Challenge Period if it is filed on or before April 24 2023.

**IT IS FURTHER ORDERED** the Response Deadline for the Empery Parties to file an answer or otherwise respond to the Complaint and/or the Amended Complaint, as applicable, is

---

[1] Any capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

extended to 30 days after the filing of the Amended Complaint.

**IT IS SO ORDERED.**

**PREPARED AND SUBMITTED BY:**

| LARSON & ZIRZOW LLC | SHEA LARSEN |
|---|---|
| */s/ Jason H. Rosell* | */s/ Jeffrey D. Sternklar* |
| Matthew C. Zirzow | James Patrick Shea |
| Zachariah Larson | Bart K. Larsen |
| 850 E. Bonneville Ave. | Kyle M. Wyant |
| Las Vegas, NV 89101 | 1731 Village Center Circle, Suite 150 |
|  | Las Vegas, Nevada 89134 |
| -and- |  |
|  | -and- |
| PACHULSKI STANG ZIEHL & JONES LLP |  |
| John D. Fiero | JEFFREY D. STERNKLAR LLC |
| Jason H. Rosell | Jeffrey D. Sternklar, Esq. |
| One Sansome Street, 34th Floor, Suite 3430 | 101 Federal Street, Suite 1900 |
| San Francisco, CA 94104 | Boston, Massachusetts 02110 |
|  |  |
| *Counsel to the Official Committee of Unsecured Creditors* | -and- |
|  | MURPHY & KING, P.C. |
| GARMAN TURNER GORDON LLP | Charles R. Bennett, Jr. |
|  | Harold B. Murphy |
|  | 28 State Street, Suite 3101 |
| */s/ William M. Noall* | Boston, Massachusetts 02109 |
| Gregory E. Garman |  |
| William M. Noall | *Attorneys for Plaintiff White Winston Select Asset Funds, LLC* |
| Teresa M. Pilatowicz |  |
| Dylan T. Ciciliano |  |
| 7251 Amigo Street, Suite 210 |  |
| Las Vegas, Nevada 89119 |  |
| *Attorneys for Defendants* |  |