GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6665
E-mail:  ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail:  wnoall@gtg.legal
TERESA M. PILATOWICZ
Nevada Bar No 9605
E-mail: tpilatowicz@gtg.legal
DYLAN T. CICILIANO
Nevada Bar No. 12348
E-mail:  dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | |
| WHITE WINSTON SELECT ASSET FUNDS, LLC, | Adv. P. No. 23-01014-NMC |
| Plaintiff, | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | |
| Intervenor Plaintiff, | |
| v. | |
| EMPERY TAX EFFICIENT LP, EMPERY TAX EFFICIENT III, EMPERY DEBT OPPORTUNITY FUND, LP, EMPERY MASTER ONSHORE, LLC, IONIC VENTURES, LLC, INTRACOASTAL CAPITAL LLC, BIGGER CAPITAL FUND, LP, DISTRICT 2 CAPITAL FUND LP, L1CAPITAL GLOBAL OPPORTUNITIES MASTER FUND, ALTIUM GROWTH FUND, LP, CVI INVESTMENT INC., ROTH CAPITAL PARTNERS, LLC, and WALLEYE | |

OPPORTUNITY MASTER FUND LTD.

        Defendants.

## CERTIFICATE OF SERVICE

**1. Electronic Service**

On April 17, 2023, I served the following document(s):

    a.    *NOTICE OF ENTRY OF ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE AMENDED INTERVENOR COMPLAINT AND RESPOND TO COMPLAINTS*    Dkt. No. 34

I served the above-named document(s) by the following means to the persons as listed below:    ☒    ECF System:  See attached ECF Confirmation Sheets.

**2. Mail Service**

    ☐    United States Mail, postage fully prepaid, as follows: N/A

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 17th day of April, 2023.

                                              */s/ Theresa D. Luciano*
                                              Theresa D. Luciano, an employee of
                                              Garman Turner Gordon LLP

**File a Notice:**

23-01014-nmc WHITE WINSTON SELECT ASSET FUNDS, LLC v. EMPERY TAX EFFICIENT, LP et al

Type: ap                Office: 2 (Las Vegas)           Judge: nmc
Lead Case: 2-22-bk-14422

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from WILLIAM M. NOALL entered on 4/17/2023 at 10:50 AM PDT and filed on 4/17/2023
**Case Name:**         WHITE WINSTON SELECT ASSET FUNDS, LLC v. EMPERY TAX EFFICIENT, LP et al
**Case Number:**       23-01014-nmc
**Document Number:** 34

**Docket Text:**
Notice of Entry of Order/Judgment *NOTICE OF ENTRY OF ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE AMENDED INTERVENOR COMPLAINT AND RESPOND TO COMPLAINTS* Filed by WILLIAM M. NOALL on behalf of ALTIUM GROWTH FUND, LP, BIGGER CAPITAL FUND, LP, CVI INVESTMENT, INC., DISTRICT 2 CAPITAL FUND, LP, EMPERY DEBT OPPORTUNITY FUND, LP, EMPERY MASTER ONSHORE, LLC, EMPERY TAX EFFICIENT III, EMPERY TAX EFFICIENT, LP, INTRACOASTAL CAPITAL LLC, IONIC VENTURES, LLC, L1 CAPITAL GLOBAL OPPORTUNITIES MAASTER FUND, ROTH CAPITAL PARTNERS, LLC, WALLEYE OPPORTUNITY MASTER FUND LTD. (Related document(s) [33] Stipulated/Agreed Order.) (Attachments: # (1) Exhibit 1)(NOALL, WILLIAM)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** NEO re dkt 33.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/17/2023] [FileNumber=35006895-0
] [6ffafb46559486389daa5e955518bdd2733c78de54812097c6048cfc9b300e84981
516056cd076f2166ee3e700da39cd12c34db18ae2f64a9ee1de2058eed317]]
**Document description:** Exhibit 1
**Original filename:** C:\fakepath\Ex 1 to NEO re DKT 0033.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/17/2023] [FileNumber=35006895-1
] [f7c9beb9d06bca3c0a027f3868b7d026517174a636ed71dbb1605eee85f8c59ff8f
87f8916244965d8fe09b2ed4bc2ab0715e3d06bddf442bdc38038cbc9d4b9]]

**23-01014-nmc Notice will be electronically mailed to:**

BART K. LARSEN on behalf of Plaintiff WHITE WINSTON SELECT ASSET FUNDS, LLC
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

WILLIAM M. NOALL on behalf of Defendant ALTIUM GROWTH FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant BIGGER CAPITAL FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant CVI INVESTMENT, INC.
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant DISTRICT 2 CAPITAL FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant EMPERY DEBT OPPORTUNITY FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant EMPERY MASTER ONSHORE, LLC
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant EMPERY TAX EFFICIENT III
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant EMPERY TAX EFFICIENT, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant INTRACOASTAL CAPITAL LLC
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant IONIC VENTURES, LLC
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant L1 CAPITAL GLOBAL OPPORTUNITIES MAASTER FUND
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant ROTH CAPITAL PARTNERS, LLC
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant WALLEYE OPPORTUNITY MASTER FUND LTD.
wnoall@gtg.legal, bknotices@gtg.legal

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

**23-01014-nmc Notice will not be electronically mailed to:**

JOHN FIERO
PACHULSKI STANG ZIEHL & JONES LLP
ONE SANSOME STREET
34TH FLOOR, STE. 3430
SAN FRANCISCO,

JASON H. ROSELL
ONE SANSOME STREET, 34TH FLR
SUITE 3430
SAN FRANCISCO, CA 94104